UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JERETTA JENNINGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:13-cv-00073 JCH |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

This matter arises on the Report and Recommendation of United States Magistrate Judge David D. Noce, filed June 9, 2014. *See* 28 U.S.C. § 636. In his report, Magistrate Judge Noce recommends that the Court affirm the decision of the Commissioner, and dismiss Plaintiff's Complaint with prejudice. Plaintiff was granted fourteen (14) days to object to the recommendation, but to date has filed no objections.

Upon careful consideration of the Report and Recommendation and the record in this case,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge, (ECF No. 16), is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint, (ECF No. 1), is **DISMISSED** with prejudice. A separate Judgment will accompany this Order.

Dated this 1st day of July, 2014.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE